**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
    **Edward Gould Baldwin**

Case No.: **17–68534–bem**
Chapter:  **13**

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on October 24, 2017. The amount needed to pay the filing fee in full is **$310.00.** Accordingly,

**IT IS ORDERED** that by November 1, 2017, the Debtor(s) shall

  pay the fee in full, the balance due being $310.00

**OR**

  file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $75.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $75.00 and must accompany the Application that is due by November 1, 2017

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

Failure of the debtor to take the appropriate action by November 1, 2017 will result in dismissal of this case without further notice or opportunity for hearing.

**SO ORDERED,** on October 25, 2017 .

Barbara Ellis–Monro
United States Bankruptcy Judge

Form 436 Order Regarding Unpaid Filing Fees. – (Revised June, 2015)